IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICKIE GREEN,
ADC #117055                                                                                                    PLAINTIFF

2:07CV00093HLJ

MOSES JACKSON, et al.                                                                                   DEFENDANTS

ORDER

By Order dated September 6, 2007, this Court directed defendants to provide the last-known addresses of defendants Evans, Lewis and Morrison, who have not yet been served (DE #36). Defendants have responded by letter for security purposes, and provide the last-known addresses of the three defendants named. This Court will direct that such response be filed under seal, and will direct the re-issuance of service on defendants Evans, Lewis, and Morrison at the addresses noted in the letter. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' response to the Court's Order shall be placed under seal in the Clerk's Office, and that the addresses set forth in such letter shall not be made part of any public record.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the defendants Ms. Cheryl Evans, Mr. Tracy Lewis, and Mr. Timothy Morrison, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (DE #2) on defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that upon re-issuance of the complaint and summons, the United States Marshal is hereby directed to send plaintiff's copy of process to the Clerk of the

Court, who shall then remove the addresses prior to forwarding a copy to plaintiff.

    IT IS SO ORDERED this 20th day of September, 2007.


_____
United States Magistrate Judge