IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICKIE GREEN,
ADC #117055                                                                                              PLAINTIFF

v.                                      2:07CV00093BSM/HLJ

MOSES JACKSON, et al.                                                                          DEFENDANTS

## ORDER

The joint motion to dismiss this action with prejudice, filed by all parties (DE #78), is hereby GRANTED. An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 3rd day of February, 2009.

_____
United States District Judge

1